GALTON & HELM LLP
ROBERT F. KEEHN, State Bar No. 115848
500 South Grand Avenue, Suite 1200
Los Angeles, California 90071-2624
Telephone: (213) 629-8800
Facsimile: (213) 629-0037
E-Mail: rkeehn@galtonhelm.com

Attorneys for Defendant Continental Casualty Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| KATHY McMAHON,<br><br>Plaintiff,<br><br>vs.<br><br>CONTINENTAL CASUALTY COMPANY, et al.,<br><br>Defendants. | CASE NO. C05-01292 CRB<br><br>STIPULATION FOR CONTINUANCE OF AUGUST 5, 2005 CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER<br><br>Date:   August 5, 2005<br>Time:  8:30 a.m.<br>Ctrm:  8 |

Proposed Date: August 26, 2005

Plaintiff Kathy McMahon and defendant Continental Casualty Company, by and through their respective counsel in the above-entitled action, hereby stipulate to and request a continuance of the August 5, 2005 case management conference to August 26, 2005.  Good cause exists to grant the stipulation and order the continuance on the following grounds:

Robert F. Keehn, Esq., attorney for defendant Continental Casualty Company, will be unable to attend the case management conference on August 5, 2005.  He is currently on vacation and will not return until August 8, 2005.  The proposed new date for the case management conference of August 26, 2005 is acceptable to

5245 / 85489.1

1

Case No. C05-01292 CRB
STIPULATION FOR CONTINUANCE OF
AUGUST 5, 2005 CASE MANAGEMENT
CONFERENCE; [PROPOSED] ORDER

counsel for plaintiff Kathy McMahon, as well as to the Court Clerk. The parties do not expect that the proposed time modification will affect the schedule for the case.

The parties therefore respectfully request that the case management conference be continued to August 26, 2005.

IT IS SO STIPULATED.

DATED: July 26, 2005        SHERNOFF, BIDART & DARRAS, LLP

By: _____
        FRANK N. DARRAS
        MICHAEL B. HORROW
Attorneys for Plaintiff Kathy McMahon

DATED: July 26, 2005        GALTON & HELM LLP

By: _____
        ROBERT F. KEEHN
Attorneys for Defendant Continental Casualty Company

## ORDER

GOOD CAUSE APPEARING, IT IS ORDERED THAT the case management conference be continued from August 5, 2005 to August 26, 2005.

IT IS SO ORDERED.

Dated: July 27, 2005

UNITED S[T]

APPROVED
Judge Charles R. Breyer

Case No. C05-01292 CRB
STIPULATION FOR CONTINUANCE OF AUGUST 5, 2005 CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

GALTON & HELM LLP
500 SOUTH GRAND AVENUE, SUITE 1200
LOS ANGELES, CALIFORNIA 90071-2624
TELEPHONE (213) 629-8800