```
 1  FRANK N. DARRAS #128904
 2  MICHAEL B. HORROW #162917
    SHERNOFF BIDART & DARRAS, LLP
 3  3257 East Guasti Road, Suite 300
 4  Ontario, CA 91761
    Telephone:  (909) 621-4935
 5  Facsimile:   (909) 974-2121
 6  E-mail: fdarras@sbd-law.com
 7  E-mail: mhorrow@sbd-law.com
    Attorneys for Plaintiff, KATHY MC MAHON
 8
 9  ROBERT F. KEEHN #115848
    GALTON & HELM LLP
10  500 South Grand Avenue, Suite 1200
11  Los Angeles, CA 90071
    Telephone: (213) 629-8800
12  Facsimile: (213) 629-0037
13  E-mail: rkeehn@galtonhelm.com
14  Attorneys for Defendant, CONTINENTAL CASUALTY COMPANY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KATHY MC MAHON,<br><br>    Plaintiff,<br><br>vs.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>    Defendant. | Case No.: C05-01292 CRB<br><br>Honorable Charles R. Breyer<br><br>STIPULATION TO APPEAR TELEPHONICALLY FOR THE AUGUST 26, 2005 SCHEDULING CONFERENCE<br><br>Date:    August 26, 2005<br>Time:   8:30 a.m.<br>Place:   Courtroom 8 |
|---|---|

TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

1   Plaintiff KATHY MCMAHON (hereinafter "MCMAHON") and Defendants
2   CONTINENTAL CASUALTY COMPANY (hereinafter "CONTINENTAL"), by and
3   through their respective counsel of record, hereby stipulate and respectfully request
4   that Plaintiff's counsel, MICHAEL B. HORROW appear telephonically via
5   (951) 966-5958 and Defendant's counsel, ROBERT F. KEEHN appear telephonically
6   via (213) 629-8800 for the August 26, 2005, Scheduling Conference.
7       For the reasons stated above, IT IS HEREBY STIPULATED AND AGREED
8   by and between the parties and their respective counsel of record, and it is respectfully
9   requested that counsel for Plaintiff and Defendant appear telephonically.

10
11  DATED: August 22, 2005             SHERNOFF BIDART & DARRAS, LLP
12
13                                     _____
14                                     FRANK N. DARRAS
15                                     MICHAEL B. HORROW
                                       Attorneys for Plaintiff
16                                     KATHY MCMAHON
17
18  DATED: August 22, 2005             GALTON & HELM, LLP
19
20                                     _____
21                                     ROBERT F. KEEHN
                                       Attorneys for Defendant
22                                     CONTINENTAL CASUALTY COMPANY
23
24              **ORDER**
25      IT IS SO ORDERED.
26
27  Dated: August  23 , 2005
28                                     _____
                                       Honorable Charles R. Breyer

**APPROVED**
Judge Charles R. Breyer

- 2 -
STIPULATION TO APPEAR TELEPHONICALLY FOR THE AUGUST 26, 2005 SCHEDULING CONFERENCE