SHERNOFF, BIDART & DARRAS, LLP
FRANK N. DARRAS, State Bar No. 128904
E-Mail: fdarras@sbd-law.com
MICHAEL B. HORROW, State Bar No. 162917
E-Mail: mhorrow@sbd-law.com
Lakeview Center, Suite 300
3257 E. Guasti Road
Ontario, CA 91761
Telephone: (909) 390-3770
Facsimile: (909) 974-2121

GALTON & HELM LLP
ROBERT F. KEEHN, State Bar No. 115848
E-Mail: rkeehn@galtonhelm.com
500 South Grand Avenue, Suite 1200
Los Angeles, California 90071-2624
Telephone: (213) 629-8800
Facsimile: (213) 629-0037

Attorneys for Defendant Continental Casualty Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHY McMAHON,<br><br>Plaintiff,<br><br>vs.<br><br>CONTINENTAL CASUALTY COMPANY, et al.,<br><br>Defendants. | CASE NO. C05-01292 CRB<br><br>STIPULATION RE: CONTINUANCE OF FEBRUARY 17, 2006 CASE MANAGEMENT CONFERENCE AND MEDIATION CUTOFF; [PROPOSED] ORDER |

Plaintiff Kathy McMahon and defendant Continental Casualty Company, by and through their respective counsel in the above-entitled action, hereby stipulate to and respectfully request a continuance of the February 17, 2006 further case management conference and the February 17, 2006 mediation cutoff to March 17, 2006. The parties respectfully submit that good cause exists for the order sought:

1.  At the most recent case management conference, conducted by telephone on December 2, 2005, the Court continued the case management conference and the mediation cutoff to February 17, 2006.

2.  Both parties wish to conduct a private mediation with Martin Quinn, Esq. at the JAMS office in San Francisco. However, the first mutually available date for Mr. Quinn, both attorneys and their respective clients is February 21, 2006. The parties have in fact scheduled a mediation with Mr. Quinn on that date. Plaintiff and her attorney will be present, as will defense counsel and his client.

3.  Additionally, the parties and their respective counsel of record hereby stipulate and respectfully request that plaintiff's counsel, MICHAEL B. HORROW, appear telephonically via (951) 966-5958 and that defendant's counsel, ROBERT F. KEEHN, appear telephonically via (213) 630-7808 for the further case management conference.

Accordingly, the parties request that the further case management conference and the mediation cutoff be continued to March 17, 2006, which is the first date available for both counsel for plaintiff and defense counsel, and that counsel for the

///
///
///
///
///
///
///

5245 / 93205.1

2

Case No. C05-01292 CRB
STIPULATION RE CONTINUANCE OF
FEBRUARY 17, 2006 CASE MANAGEMENT
CONFERENCE

parties be permitted to participate via telephone at the further case management conference.

IT IS SO STIPULATED.

DATED: February 15, 2006        SHERNOFF, BIDART & DARRAS, LLP

By: _____
FRANK N. DARRAS
MICHAEL B. HORROW
Attorneys for Plaintiff Kathy McMahon

DATED: February 15, 2006        GALTON & HELM LLP

By: _____
ROBERT F. KEEHN
Attorneys for Defendant Continental Casualty Company

### ORDER

GOOD CAUSE THEREFOR APPEARING, the further case management conference in the above-entitled action hereby is continued from February 17, 2006 to March 17, 2006 at 8:30 a.m. Counsel for the parties shall appear via telephone, and are to be available commencing at 8:30 a.m. and until the Court initiates the conference call. The mediation cutoff hereby is continued to the date of the further case management conference.

IT IS SO ORDERED.

Dated: __February 16__, 2006

_____
UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED
Judge Charles R. Breyer

5245 / 93205.1