1  FRANK N. DARRAS #128904
2  MICHAEL B. HORROW #162917
   SHERNOFF BIDART & DARRAS, LLP
3  Suite 300
   3257 East Guasti Road
4  Ontario, CA  91761
   Telephone:   9093903770
5  Facsimile:    9099742121

6

7  Attorneys for Plaintiff

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12

13 | KATHY MC MAHON,                    | Case No.: C05-01292 CRB
14 |                                    |
   |        Plaintiff,                  | **STIPULATION AND ORDER RE
15 |                                    | VOLUNTARY DISMISSAL OF ENTIRE
   |    vs.                             | ACTION WITH PREJUDICE**
16 | CONTINENTAL CASUALTY COMPANY,      |
17 |                                    |
   |        Defendant                   |
18

19

20

21     IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff KATHY MC MAHON,

22 and defendant CONTINENTAL CASUALTY COMPANY, and their attorneys of record,

23 that the parties have resolved this matter in its entirety.

24
25     / / /

26

27
28     / / /

1    IT IS HEREBY AGREED that the complaint and any counterclaim on file herein
2    shall be dismissed with prejudice, each side to bear their own attorney fees and costs.
3
4    Dated: July 25, 2006           SHERNOFF BIDART & DARRAS, LLP
5
6
7                                   _____
                                    MICHAEL B. HORROW
                                    Attorneys for Plaintiff
8                                   KATHY MC MAHON

9    Dated: July 31, 2006           GALTON & HELM LLP
10
11
12                                  _____
                                    ROBERT F. KEEHN
                                    Attorneys for Defendant
13                                  CONTINENTAL CASUALTY COMPANY,
14

15                                  **O R D E R**
16
17   **IT IS SO ORDERED.**
18
19   Dated:  August 3, 2006
                                    _____
20                                  CHARLES R. BREYER
                                    Judge of the United States District Court
21
22
23
24
25
26
27
28